UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RICHARD PARSHALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:16-CV-828 (CEJ) |
| | ) |
| MENARD, INC. d/b/a MENARDS, | ) |
| | ) |
| Defendant/Third-Party Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| DANIEL STREIBERG, | ) |
| | ) |
| Third-Party Defendant. | ) |

## **MEMORANDUM AND ORDER**

This matter is before the Court on plaintiff's motion to amend the scheduling order, defendant/third party plaintiff's motion to amend the March 8, 2017 order, and third-party defendant's motion for a discovery conference.

Defendant seeks to amend the March 8 order compelling discovery in light of its motion to dismiss its third party claim. Because the Court has denied the motion to dismiss, defendant's request to amend the order is moot. In the alternative, defendant requests additional time to comply with the order. Because there is no opposition, this request will be granted.

Plaintiff seeks to amend the case management order in order to move forward with depositions of defendant's corporate representatives. All of the parties agree that more time is necessary to complete discovery. Therefore, plaintiff's motion to amend the case management order will be granted.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to amend the scheduling Order [Doc. #91] is **granted**.

**IT IS FURTHER ORDERED** that that the following deadlines shall apply:

- All discovery in this case is to be completed by **June 1, 2017**.
- Any motion to dismiss, motion for summary judgment or motion for judgment on the pleadings, and any motion pursuant to Daubert v. Merrill Dow Pharmaceuticals, Inc., 509 U.S. 579 (1993), must be filed no later than **July 1, 2017**. The response in opposition to such a motion will be due thirty days later, or no later than **July 29, 2017**; the reply in support of the motion will be due fourteen days after the response, or no later than **August 12, 2017**.

**IT IS FURTHER ORDERED** that defendant's motion to amend the March 8, 2017 order [Doc. #96] is **denied as moot**

**IT IS FURTHER ORDERED** that defendant's request for an additional time to comply with the March 8 order is **granted**.

**IT IS FURTHER ORDERED** that the defendant shall have until **April 21, 2017** to answer Interrogatory 11 and produce all documents responsive to Requests No. 8, 9, and 29.

**IT IS FURTHER ORDERED** that third-party defendant's motion for discovery conference [Doc. #97] is **denied as moot**.

**IT IS FURTHER ORDERED** that this case is removed from the trial docket of July 31, 2017. A new trial date, if necessary, will be scheduled following disposition of the pending motions in this case.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 31st day of March, 2017.