UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| BUSINESS OF THE COURT | ) |
| | ) |
| | ) |
| | ) |
| | )   **ASSIGNMENT OF CASES** |
| | ) |
| | ) |

## ADMINISTRATIVE ORDER

    IT IS HEREBY ORDERED that the following cases are transferred to the Honorable Rodney W. Sippel. All hearings previously scheduled remain set unless otherwise ordered by the Court.

        4:16CV00828                    Parshall v. Menard, Inc.,
        4:16CV01299                    Powers v. City of Ferguson, et al

Dated this   28th   day of July, 2017.

                                                RODNEY W. SIPPEL
                                                CHIEF JUDGE, U.S. DISTRICT COURT